IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01644-WYD-CBS

JOSHUA M. JUNEVICUS, pro se,
        Plaintiff,

v.

DEPT. OF VETERAN'S AFFAIRS – HEALTH ADMINISTRATION CENTER,
ERIC SHINSEKI – SECRETARY OF VETERAN'S AFFAIRS,
        Defendants.

─────────────────────────────────────────────────────────────

ORDER
─────────────────────────────────────────────────────────────

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Unopposed Motion for Leave to File Amended Complaint" (filed October 21, 2010) (doc. # 12). Pursuant to the Order of Reference dated July 26, 2010 (doc. # 5) and the memorandum dated October 21, 2010 (doc. # 13), this matter was referred to the Magistrate Judge. The court having reviewed the matter, the entire case file, the Minutes of the Preliminary Scheduling Conference held on October 19, 2010, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1.      "Plaintiff's Unopposed Motion for Leave to File Amended Complaint" (filed October 21, 2010) (doc. # 12) is GRANTED.

2.      The tendered Amended Complaint (doc. # 12-1) is accepted for filing as of the date of this Order.

3.      Pursuant to the discussion at the October 19, 2010 Preliminary Scheduling Conference, the Motion to Dismiss (filed July 19, 2010) (doc. # 3) is

1

DENIED AS MOOT.

4.     A further Preliminary Scheduling Conference will be set by a separate Order from the court.

DATED at Denver, Colorado, this 22nd day of October, 2010.

BY THE COURT:


    s/Craig B. Shaffer         
United States Magistrate Judge