# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 10-cv-01644-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** March 24, 2011 | **Courtroom Deputy:** Linda Kahoe |

JOSHUA M. JUNEVICUS,  *Pro se*

    Plaintiff,

    v.

DEPT. OF VETERANS AFFAIRS, *et al.,*      Mustafa Ahmed Hersi

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING/STATUS CONFERENCE**
**Court in session:** 9:57 a.m.
Court calls case. Appearance of counsel. *Plaintiff is appearing pro se.*

Discussion regarding the Motion for an Order to Compel Production of Requested Documents, doc #[19], filed 2/28/2011.

The court states that the filing of the Motion does not comply with this court's Local Rules.

For the reasons as stated on the record, it is:

**ORDERED:** The Motion for an Order to Compel Production of Requested Documents, doc #[19], is **DENIED**.

The court suggests that Plaintiff withdraw his 2nd set of written discovery and encourages the parties to meet and determine what discovery is necessary. The court states that if there are disagreements, the parties should contact chambers to set a discovery conference.

Discussion regarding settlement. The court suggests that Plaintiff send a letter, or meet face-to-face, with Defense counsel to begin settlement negotiations.

Discussion regarding issuing subpoenas.

HEARING CONCLUDED.
**Court in recess**: 11:00 a.m.
Total time in court: 01:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.