IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01644-WYD-CBS

JOSHUA M. JUNEVICUS,

    Plaintiff,

v.

DEPARTMENT OF VETERAN'S AFFAIRS,
HEALTH ADMINISTRATION CENTER,
ERIC SHINSEKI, Secretary of Veteran's Affairs,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    THIS MATTER IS before the court on the Unopposed Motion for Entry of Protective Order (*doc # 25*) filed by Defendant Department of Veterans Affairs on March 25, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED. The Proposed Protective Order (*doc # 25-1*) is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    March 29, 2011