IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-001644-WYD-CBS

JOSHUA M. JUNEVICUS,

      Plaintiff,

v.

DEPT. OF VETERAN'S AFFAIRS,
HEALTH ADMINISTRATION CENTER, and
ERIC SHINSEKI, Secretary of Veteran's Affairs,

      Defendants.

---

## ORDER AFFIRMING AND ADOPTING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

---

THIS MATTER is before the Court in connection with Defendant Eric Shinseki's

Motion for Summary Judgment and Supporting Brief [ECF No. 33], filed June 17, 2011.

Defendant's motion was referred to United States Magistrate Judge Shaffer for a

recommendation by Order of Reference dated July 26, 2010 [ECF No. 5] and the

Memorandum dated June 17, 2011 [ECF No. 34].   Magistrate Judge Shaffer issued a

Recommendation on October 7, 2011 [ECF No. 43].   The Recommendation is

incorporated herein by reference.   *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b),

D.C.COLO.LR. 72.1.

Magistrate Judge Shaffer recommends therein that Defendant's Motion for

Summary Judgment and Supporting Brief be granted.   Specifically, Magistrate Judge

Shaffer finds that the Plaintiff has failed to establish a prima facie case of gender

discrimination.   Magistrate Judge Shaffer further finds that even if the court were to find

that the Plaintiff had established a prima facie case, the Defendant has articulated a legitimate, non-discriminatory reason for the employee's termination and the Plaintiff has failed to demonstrate pretext.

Magistrate Judge Shaffer advised the parties that written objections were due within fourteen (14) days after service of a copy of the Recommendation. (Recommendation at 13.)   Despite this advisement, no objections were filed to the Recommendation.   No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."   *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").   Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]   *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.   I find that Magistrate Judge Shaffer's Recommendation is thorough, well-reasoned and sound.   I agree with Magistrate Judge Shaffer that Defendant's Motion for Summary Judgment and Supporting Brief [ECF No. 33], filed June 17, 2011 should be granted for the reasons stated in both the Recommendation and this Order.   Based on the foregoing, it is

---

[1]   Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

ORDERED that the Recommendation of United States Magistrate Judge Shaffer [ECF No. 43], filed October 7, 2011, is **AFFIRMED** and **ADOPTED**.   In accordance therewith, it is

FURTHER ORDERED that Motion for Summary Judgment and Supporting Brief [ECF No. 33], filed June 17, 2011 is **GRANTED.**   Judgment shall enter in favor of Defendant on Plaintiff's amended claim, which will terminate the case.

Dated: November 28, 2011

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE